It is therefore ordered that the judgment appealed from be affirmed with costs.

No. 43.—N. McSTEA v. BOYD & BLANKS.

The burden of proof is on the plaintiff to show an interruption where the note sued on is prescribed on its face, and if none is shown the plea will be maintained.

APPEAL from the District Court, parish of Caldwell. *Crawford*, J. *Wade H. Hough*, for plaintiff and appellee. *J. & R. Ray*, for defendant and appellant.

HOWELL, J. One of the defendants, Frederick A. Blanks, has appealed from a judgment against him and his codefendant on three promissory notes, due respectively on thirteenth December, 1860, first

January and thirteenth April, 1861, and against which they pleaded the prescription of five years. Citation was served on the appellant on the twenty-second September, 1866, more than five years after the maturity of each note and according to the settled jurisprudence and the law of this State, the plea is well taken. See act fifth March, 1852, p. 90, § 3; Smith v. Stewart, 21 A. 75; Rabel v. Pourcieau, 20 A. 131.

It is therefore ordered that the judgment herein against Frederick A. Blanks be reversed, that there be judgment in his favor on plaintiff's demand, with costs in both courts.